UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG EDWARD HUNNICUTT, JR.,

    Defendant.

_____/

Case No. 1:06:CR:194-01

HON. GORDON J. QUIST

## **MEMORANDUM**

    Defendant, Craig Edward Hunnicutt, Jr., has requested and is technically eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Whether or not to grant such a reduction rests within the discretion of the district court. Defendant was convicted before this Court of drug dealing and possessing a firearm in furtherance of a drug trafficking crime. Defendant's Presentence Investigation Report shows a fearsome fellow who has, starting when he was 12 years old and throughout his life, done what he pleases, threatens others with serious injury and death and perpetrates violence. Furthermore, as shown on the Sentence Modification Report, Dkt. # 64, p. 4, Defendant has not shown an ability to conform to the rules of the Bureau of Prisons, and he is considered a "high security inmate." This Court adopts by reference its earlier Order dated January 15, 2013, and the Order of Hon. Robert J. Jonker dated December 13, 2010. After considering Defendant's request, his criminal conduct, his continuing breaking of the rules, his danger to the community, the nature of his original offenses, and the facts and circumstances set forth in his original Presentence Investigation Report, this Court has decided that it will not reduce Defendant's sentence.

Accordingly, Defendant Craig Edward Hunnicutt, Jr.'s motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (docket no. 57) will be denied in a separate Order.


Dated:  November 5, 2015                              /s/ Gordon J. Quist
                                                   GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE